SCWC-11-0000791

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

RODNEY I. FUKUMOTO, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000791; S.P.P. NO. 11-1-0003(4))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Browning, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant Rodney I. Fukumoto's

application for writ of certiorari filed on December 21, 2012, is

hereby rejected.

DATED:  Honolulu, Hawai'i, February 12, 2013.

Rodney I. Fukumoto,
petitioner, pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ R. Mark Browning

